NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JON ANTHONY SCHWEDER, *Petitioner*.

No. 1 CA-CR 18-0317 PRPC
FILED 9-11-2018

Appeal from the Superior Court in Navajo County
No. S0900CR20090633
The Honorable Robert J. Higgins, Judge

**REVIEW GRANTED AND RELIEF DENIED**

COUNSEL

Law Offices of Michael R. Shumway PLC, Holbrook
By Michael R. Shumway
*Counsel for Respondent*

Jon Anthony Schweder, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Randall M. Howe, Judge Jennifer M. Perkins, and Judge Peter B. Swann delivered the decision of the Court.

**PER CURIAM**:

¶1   Petitioner Jon Anthony Schweder seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's second, successive petition.

¶2   Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3   We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

¶4   For the foregoing reasons, we grant review and deny relief.

